UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. KLUTHO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV1212 CDP |
| | ) |
| HOME LOAN CENTER, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

I previously granted summary judgment in this case and entered judgment in favor of defendant Home Loan Center, Inc. Home Loan Center has now filed a motion for a bill of costs seeking $2,488.90 under 28 U.S.C. § 1920. This amount represents the copying fee for documents produced in response to Klutho's requests in the amount of $124.40 and fees for the court reporter for the depositions taken in this case in the amount of $2364.50. Plaintiff Klutho has not filed any objections to this motion and his time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Home Loan Center, Inc.'s motion for bill of costs [#44] is granted.

**IT IS FURTHER ORDERED** that the Clerk shall tax allowable costs in the amount of $2488.90.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of January, 2008.